■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL RODRIGUEZ, Appellant.

The defendant contends on appeal that the trial court made denigrating remarks directed at his counsel in the presence of the jury which denied him a fair trial. We disagree. The only remark to which contemporaneous objection was raised was sufficiently cured by an instruction to the jury to "[p]ay no attention to colloquy between Judges and lawyers" but rather to "make the decision on the evidence and lack of evidence". Weinstein, J. P., Eiber, Sullivan and Balletta, JJ., concur.